# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

V.

BODDIE ESTES JR. A/K/A B. ESTES JR.; et al.
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-05916

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BODDIE ESTES JR. the above process on the 13 day of February, 2017, at 12:35 o'clock, PM, at 1032 ASH ROAD SHARON HILL, PA 19079, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_____ )
                                    ) SS:
County of _Berks_____           )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158349
Case ID #:4812960

Subscribed and sworn to before me this _15_ day of _Feb_____, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

| USPS Manifest Mailing System | | PCO / Brittni A. | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5830-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703801848412<br>9171999991703801848412 | ESTES, JR., BODDIE<br>120 S. 5th Street<br>Darby, PA 19023 | <br>ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801848429<br>9171999991703801848429 | ESTES, JR., BODDIE<br>1032 Ash Road<br>Sharon Hill, PA 19079 | <br>ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801848436<br>9171999991703801848436 | BYNUM, REGINALD H.<br>6831 North Gratz Street<br>Philadelphia, PA 19126 | <br>ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 3 | | 2.78 | 14.55 | | | 17.33 |
| Cumulative Totals | 3 | | 2.78 | 14.55 | | | 17.33 |

USPS CERTIFICATION
Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee | | | |
| 1. | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | |
| 3. | TO BODDIE ESTES<br>ESTES, JR., BODDIE<br>1032 Ash Road<br>Sharon Hill, PA 19079 | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | |
| 6. | TO BODDIE ESTES<br>ESTES, JR., BODDIE<br>120 S. 5th Street<br>Darby, PA 19023 – 2520 | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

U.S. POSTAGE $ 002.70
ZIP 19106 FEB 10 2017

Total Number of Pieces Listed by Sender: 2    Total Number of Pieces Received at Post Office: _____   Postmaster, Per (Name of receiving employee) _____   See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Sale Date:    Complete by Typewriter, Ink, or Ball Point Pen

USA-158349   Delaware County

BODDIE ESTES JR.

PCO - Back to Brittn. Augustin